# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELTA MILLS, INC., et al.,[1] | ) | Case No. 06-11144 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## NOTICE OF FILING LIST OF CREDITORS AND EQUITY SECURITY HOLDERS

PLEASE TAKE NOTICE the above-captioned debtors and debtors in possession Delta Mills, Inc., et al. (the "Debtors") have filed, pursuant to rule 1007 of the Federal Rules of Bankruptcy Procedure, the Debtors' creditors (the "List"), attached hereto as Exhibit A and list of equity security holders (the "List of Equity Security Holders"), attached hereto as Exhibit B as of October 13, 2006, that could be ascertained after diligent inquiry, with the United States Bankruptcy Court for the District of Delaware. The Debtors reserve all rights and remedies with respect to the List and List of Equity Security Holders, including without limitation, the right to amend, modify or supplement the List and List of Equity Security Holders. Further, the List and List of Equity Security Holders does not and should not be deemed to constitute: (1) a waiver of any defense; (2) an acknowledgement of the allowability of any claims; and/or (3) a waiver of any other right, remedy, or legal position of the Debtors.

Dated: Wilmington, Delaware       MORRIS, NICHOLS, ARSHT & TUNNELL LLP
       October 13, 2006

Robert J. Dehney (No. 3578)
Gregory T. Donilon (No. 4244)
Margaret E. Juliano (No. 4722)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200

- and -

RAYBURN COOPER & DURHAM, P.A.
C. Richard Rayburn, Jr.
Paul R. Baynard
John R. Miller, Jr.
Shelley K. Abel
227 West Trade Street, Suite 1200
Charlotte, North Carolina 28202

540782

*Proposed Counsel to Delta Mills, Inc., et al.,*
*Debtors and Debtors in Possession*

---

[1] These jointly administered cases are those of the following debtors: Delta Mills, Inc.; Delta Woodside Industries, Inc.; and Delta Mills Marketing, Inc.