IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELTA MILLS, INC., et al., | ) | Case No. 06-11144 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF APPEARANCE AND
DEMAND FOR NOTICES AND PAPERS**

Please take notice that the Official Committee of Unsecured Creditors (the "Committee") of Delta Mills, Inc., et al., hereby appears in the above-captioned cases by and through its proposed counsel, Strook & Strook & Lavan LLP and Cozen O'Connor; such counsel hereby enter their appearance pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rule 9010(b); and such counsel hereby request, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 1109(b), that copies of all notices and pleadings given or filed in these cases be given and served upon the following persons at the addresses, telephone numbers, email addresses and facsimile numbers indicated below:

Christopher R. Donoho III, Esquire
Sherry J. Millman, Esquire
Sayan Bhattacharyya, Esquire (admission pending)
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006
Email: cdonoho@stroock.com
    smillman@stroock.com
    sbhattacharyya@stroock.com

Mark E. Felger, Esquire
Jeffrey R. Waxman, Esquire
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013
Email: mfelger@cozen.com
    jwaxman@cozen.com

Please take further notice that, pursuant to 11 U.S.C. §1109(b), the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any hearing agenda letter, notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether

transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the right (1) to have final orders in noncore matters entered only after de novo review by a District Court Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, or (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or of any other claims or defenses to which the Committee may be entitled, in law or in equity, all of which rights, claims or defenses are expressly reserved.

Dated: October 25, 2006

COZEN O'CONNOR

_____
Mark E. Felger (No. 3919)
Jeffrey R. Waxman (No. 4159)
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013

-and-

Christopher R. Donoho III, Esquire
Sherry J. Millman, Esquire
Sayan Bhattacharyya, Esquire (admission pending)
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Proposed Counsel for the Official Committee of Unsecured Creditors*