IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: ) Chapter 11
)
DELTA MILLS, INC., et al.,[1] ) Case No. 06-11144 (CSS)
) (Jointly Administered)
Debtors. ) **RE: D.I. 468**

## ORDER APPROVING RETENTION OF LOVELLS LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Upon the annexed application, dated May 11, 2007 (the "Application"), of the Official Committee of Unsecured Creditors of the above-captioned Debtors ("Applicant"), for an order under Section 1103 of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 2014 of the Federal Rules of Bankruptcy Procedure authorizing on a *nunc pro tunc* basis Applicant's retention of Lovells LLP ("Lovells") as counsel in the above-captioned Chapter 11 cases; and upon the affidavit of Christopher R. Donoho III, a partner at Lovells (the "Donoho Affidavit"), sworn to on May 11, 2007, which is annexed to the Application as Exhibit "A;" and the Court being satisfied that Lovells does not represent an adverse interest in connection with these cases, and that the employment of Lovells is necessary and in the best interests of Applicant; and notice of the Application having been given to the Debtors, the United States Trustee for the District of Delaware, the Debtors' DIP lender, and the Rule 2002 notice parties, and it appearing that no other notice is required; and after due deliberation and sufficient cause appearing therefor, it is

**ORDERED**, that the Application is approved; and it is further

**ORDERED**, that Applicant is authorized to retain Lovells as its counsel in these Chapter 11 cases, effective May 1, 2007; and it is further

---
[1] These jointly administered cases are those of the following debtors: Delta Mills, Inc., Delta Woodside Industries, Inc. and Delta Mills Marketing, Inc.

**ORDERED**, that the compensation to be paid to Lovells for professional services rendered and reimbursement for expenses incurred by it shall be as determined by this Court upon proper application pursuant to Sections 330 and 331 of the Bankruptcy Code, the Local Rules of this Court, and applicable orders of this Court.

Dated: This 5th day of June 2007

Christopher S. Sontchi
United States Bankruptcy Judge